ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK (CBN 119926)
Assistant United States Attorney
    300 North Los Angeles Street, Suite 7516
    Los Angeles, CA 90012
    Telephone: (213) 894-8561
    Facsimile: (213) 894-7819
    Email: jon.klinck@usdoj.gov

Attorneys for Defendant Paul L. Friedman,
United States District Judge

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JESSE RILES, | No. CV 10-3542-R |
|     Plaintiff, | |
| v. | ORDER GRANTING MOTION TO DISMISS COMPLAINT WITHOUT LEAVE TO AMEND |
| PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE, | |
|     Defendant. | The Honorable Manuel L. Real |

The motion of Defendant Paul L. Friedman, United States District Judge ("Defendant") to dismiss the Complaint of plaintiff Jesse Riles ("Plaintiff") came on for hearing on August 23, 2010. Defendant appeared by Assistant United States Attorney Jonathan B. Klinck. Plaintiff appeared in *pro se*. The Court finds that: (1) the acts alleged in the Complaint against Defendant are protected by absolute judicial immunity; (2) there is no personal jurisdiction over Defendant to hear the claims alleged in the Complaint; and (3) venue lies in the District Court for the District of Columbia, and not in this Court. Based on the foregoing, and good cause appearing therefor,

1  IT IS ORDERED that Plaintiff's Complaint be dismissed. Since the defects
2  stated above cannot be corrected by amendment, the Complaint is dismissed with
3  prejudice pursuant to the futility doctrine.

6  DATED:   August 24, 2010  _____
   Honorable Manuel L. Real
   UNITED STATES DISTRICT JUDGE